DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERTO ARCE-LANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00248 LJO |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | |
| ALBERTO ARCE-LANDA, | Date : January 8, 2010 |
| *Defendant.* | Time: 9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for December 11, 2009, **may be continued to January 8, 2010, at 9:00 a.m.**

The purpose of the requested continuance is for further plea negotiation and defense preparation. A pre-plea worksheet was submitted to probation on December 2, 2009, and the parties are awaiting completion of a pre-plea PSR for the purpose of attempting to resolve the case. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED:  December 8, 2009

/s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  December 8, 2009

/s/  Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
ALBERTO ARCE-LANDA

**O R D E R**

**Good cause exists.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:     December 9, 2009**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order Thereon                    2